Jennifer Anderson v. The Fresh Market, Inc.
*Notice of Removal*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Jennifer Anderson,** | |
| **Plaintiff(s),** | |
| **v.** | **Civil Action No.** |
| **The Fresh Market, Inc.; et al.,** | |
| **Defendant(s).** | |

## NOTICE OF REMOVAL

Exhibit 1—State Court Filings

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: BRENNAN OHME**


alacourt.com

County: **01**  Case Number: **CV-2020-903036.00**  Court Action:
Style: **JENNIFER ANDERSON V. THE FRESH MARKET, INC.**

Real Time

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 01-JEFFERSON - BIRMINGHAM | Case Number: | CV-2020-903036.00 | Judge: | CCS:CAROLE C. SMITHERMAN |
| Style: | JENNIFER ANDERSON V. THE FRESH MARKET, INC. | | | | |
| Filed: | 08/27/2020 | Case Status: | ACTIVE | Case Type: | NEGLIGENCE-GENERAL |
| Trial Type: | BENCH | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 1 | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: |
| Dispositon Date of Appeal: | | Disposition Judge: : | | Disposition Type: |
| Revised Judgement Date: | | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | | |
|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | |

#### Administrative Information

| | | | |
|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subponeas: | | Last Update: | 08/27/2020 | Updated By: AJA |

### Parties

### Party 1 - Plaintiff INDIVIDUAL - ANDERSON JENNIFER

#### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | ANDERSON JENNIFER | Type: | I-INDIVIDUAL |
| Index: | D THE FRESH MA | Alt Name: | | Hardship: No | JID: | CCS |
| Address 1: | ROGER K. FUSTON, LLC | Phone: | (205) 000-0000 | | |

| Address 2: | 600 LUCKIE DRIVE, STE 300 | | | | | | |
|---|---|---|---|---|---|---|---|
| City: | BIRMINGHAM | State: | AL | | Zip: | 35223-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | | Sex: | F | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | | Reissue: | Reissue Type: | |
| Return: | Return Type: | | Return: | Return Type: | |
| Served: | Service Type | | Service On: | Served By: | |
| Answer: | Answer Type: | | Notice of No Service: | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | FUS002 | | FUSTON ROGER KING | RFUSTON@FPFLAW.COM | (205) 977-9798 |

### Party 2 - Defendant BUSINESS - THE FRESH MARKET, INC.

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | THE FRESH MARKET, INC. | | Type: | B-BUSINESS |
| Index: | C ANDERSON JEN | Alt Name: | | Hardship: | No | JID: | CCS |
| Address 1: | C/O CORPORATE CREATIONS | | Phone: | (205) 000-0000 | |
| Address 2: | 4000 EAGLE POINT CORP DR. | | | | |
| City: | BIRMINGHAM | State: | AL | | Zip: | 35242-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | | Sex: | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 08/27/2020 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: | |
| Return: | | Return Type: | | Return: | Return Type: | |
| Served: | 08/31/2020 | Service Type | C-CERTIFIED MAIL | Service On: | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $7.20 | $7.20 | $0.00 | $0.00 | |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $14.33 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $306.00 | $306.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $358.20 | $372.53 | -$14.33 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|----------|----------|
| 08/27/2020 | CREDIT | CONV | 2020236 | 1299320 | $14.33 | C001 | 000 | | N | | | DOG |
| 08/27/2020 | RECEIPT | AOCC | 2020236 | 1299310 | $7.20 | C001 | 000 | | N | | | DOG |
| 08/27/2020 | RECEIPT | CV05 | 2020236 | 1299330 | $306.00 | C001 | 000 | | N | | | DOG |
| 08/27/2020 | RECEIPT | VADM | 2020236 | 1299340 | $45.00 | C001 | 000 | | N | | | DOG |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 8/27/2020 | 12:42 PM | FILE | FILED THIS DATE: 08/27/2020          (AV01) | AJA |
| 8/27/2020 | 12:42 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 8/27/2020 | 12:42 PM | ASSJ | ASSIGNED TO JUDGE: CAROLE C. SMITHERMAN   (AV01) | AJA |
| 8/27/2020 | 12:42 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 8/27/2020 | 12:42 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | AJA |
| 8/27/2020 | 12:42 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 8/27/2020 | 12:42 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 8/27/2020 | 12:42 PM | C001 | C001 PARTY ADDED: ANDERSON JENNIFER   (AV02) | AJA |
| 8/27/2020 | 12:42 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/27/2020 | 12:42 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 8/27/2020 | 12:42 PM | C001 | LISTED AS ATTORNEY FOR C001: FUSTON ROGER KING | AJA |
| 8/27/2020 | 12:42 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 8/27/2020 | 12:42 PM | D001 | CERTIFIED MAI ISSUED: 08/27/2020 TO D001   (AV02) | AJA |
| 8/27/2020 | 12:42 PM | D001 | D001 PARTY ADDED: THE FRESH MARKET, INC.   (AV02) | AJA |
| 8/27/2020 | 12:42 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE   (AV02) | AJA |
| 8/27/2020 | 12:42 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/27/2020 | 12:44 PM | ECOMP | COMPLAINT E-FILED. | FUS002 |
| 8/27/2020 | 2:56 PM | ESCAN | SCAN - FILED 8/27/2020 - NOTICE | SHB |
| 9/4/2020 | 10:18 AM | D001 | SERVICE OF CERTIFIED MAI ON 08/31/2020 FOR D001 | SHH |
| 9/4/2020 | 10:21 AM | ESERC | SERVICE RETURN | SHH |

## Images

| Date: | Doc# | Title | Description | Pages |
|-------|------|-------|-------------|-------|

| | | | | |
|---|---|---|---|---|
| 8/27/2020 12:44:26 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 8/27/2020 12:44:26 PM | 2 | COMPLAINT | | 6 |
| 8/27/2020 12:44:52 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 8/27/2020 12:44:52 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 8/27/2020 2:28:51 PM | 5 | NOTICE | TO CLERK | 2 |
| 9/4/2020 10:21:13 AM | 7 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 9/4/2020 10:21:12 AM | 6 | SERVICE RETURN | SERVICE RETURN | 2 |

*END OF THE REPORT*

DOCUMENT 1

ELECTRONICALLY FILED
8/27/2020 12:44 PM
01-CV-2020-903036.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama | **COVER SHEET** | Cas |
|---|---|---|
| Unified Judicial System | **CIRCUIT COURT - CIVIL CASE** | 01 |
| Form ARCiv-93    Rev. 9/18 | (Not For Domestic Relations Cases) | |

Date of Filing:          Judge Code:
08/27/2020

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### JENNIFER ANDERSON v. THE FRESH MARKET, INC.

**First Plaintiff:** ☐ Business  ☑ Individual          **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other                                   ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ **INITIAL FILING**        A ☐ **APPEAL FROM**          O ☐ **OTHER**
                                                  **DISTRICT COURT**

              R ☐ **REMANDED**           T ☐ **TRANSFERRED FROM**
                                                  **OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☑ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
FUS002          8/27/2020 12:44:34 PM          /s/ ROGER KING FUSTON
                Date                            Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES ☑ NO

DOCUMENT 2



ELECTRONICALLY FILED
8/27/2020 12:44 PM
01-CV-2020-903036.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

JENNIFER ANDERSON,         )
          )
    PLAINTIFF,         )
          )
    vs                )     CV-2020-_____
          )
THE FRESH MARKET, INC;    )
          )
There may be other entities whose true )
names and identities are unknown to the )
plaintiffs at this time who may be legally )
responsible for the claim(s) set forth )
herein who may be added by amendment )
by the plaintiff when their true names and)
identities are accurately ascertained by )
further discovery.  Until that time, the )
plaintiffs will designate these parties in )
accordance with ARCP 9(h).  The word )
"entity" used herein is intended to refer )
to and include any and all legal entities )
including individual persons, any and all )
forms of partnership any and all types of )
corporations and unincorporated )
associations.  The symbol by which )
these parties defendants are designated )
is intended to include more than one )
entity in the event that discovery reveals )
that the descriptive characterizations of )
the symbol applies to more than one )
"entity".  In the present action, the )
party defendants which the plaintiffs )
must include by descriptive )
characterization are as follows: )
          )
DEFENDANT A, B, and C, the correct )
designation of the corporation or entity )
otherwise known and doing business as )
THE FRESH MARKET, INC. located at )
549 Brookwood Village, Homewood, )
Alabama, and are otherwise unknown )
at this time, but will be added by )
amendment when ascertained; )

|                                                                                                                                                                                                     |     |
| --- | --- |
| **DEFENDANT D, E AND F, being the** | ) |
| **correct designation of the entity that** | ) |
| **owned or controlled, in whole or in part,** | ) |
| **the entity otherwise known and doing** | ) |
| **business as THE FRESH MARKET, INC.)** | |
| **located at 549 Brookwood Village,** | ) |
| **Homewood, Alabama, otherwise unknown)** | |
| **at this time, but will be added by** | ) |
| **amendment when ascertained;** | ) |
|  | ) |
| **DEFENDANT G, H, and I, being the** | ) |
| **correct designation of those persons,** | ) |
| **corporations or other legal entity whose** | ) |
| **wrongful conduct contributed to cause** | ) |
| **the injuries and damages sustained by** | ) |
| **the Plaintiff as alleged herein, whose true** | ) |
| **and correct names are unknown to the** | ) |
| **Plaintiff at this time but will be added by** | ) |
| **amendment when ascertained;** | ) |
|  | ) |
| **DEFENDANTS.** | ) |

## **COMPLAINT**

## **STATEMENT OF THE PARTIES**

1.     The Plaintiff Jennifer Anderson alleges that, at all times material herein, she was, and is currently, an adult citizen of the state of Alabama, residing in Jefferson County, Alabama.

2.     The Plaintiff Jennifer Anderson further alleges that **Defendant The Fresh Market, Inc.** is a Delaware corporation licensed to do business in Jefferson County, Alabama, at all material times herein.

3.     The Plaintiff Jennifer Anderson further alleges that Fictitious **Defendants A, B, and C**, is the correct designation of the corporation or other entity otherwise known and doing business as **Fresh Market,** located at 549 Brookwood Village, Homewood, Jefferson County, Alabama, 35209, with corporate offices located 2000 Interstate Park Dr., Montgomery, AL 36109-

2

5421, and 628 Green Valley Road ,Greensboro , NC  27408, and other locations currently unknown

to the Plaintiff, and whose true and correct name is unknown to the Plaintiff at this time but will

be added by amendment when ascertained.

4.        The Plaintiff Jennifer Anderson further alleges that Fictitious **Defendants D, E and**

**F** is the correct designation of the corporation or other legal entity who owned or controlled, in

whole or in part, the company otherwise known and doing business as **Fresh Market**, located at

549 Brookwood Village, Homewood, Jefferson County, Alabama, 35209 whose true and correct

name is unknown to Plaintiff at this time but will be added by amendment when ascertained.

5.        The Plaintiff Jennifer Anderson further alleges that Fictitious Defendants  **G, H**

**and I** is the correct designation of person, corporation or other legal entity whose wrongful conduct

contributed to cause the injuries and damages sustained by the Plaintiff, whose true and correct

names are unknown to the Plaintiff at this time but will be added by amendment when ascertained.

## STATEMENT OF THE FACTS

6.        The Plaintiff Jennifer Anderson alleges that on or about August 27, 2018, she was

a customer and business invitee of **Defendant, The Fresh Market, Inc.** at the retail grocery

store located at 549 Brookwood Village, Homewood, AL 35209.

7.        While shopping that day at said Fresh Market grocery store, Mrs. Anderson

encountered an oily/slippery substance on the floor in the aisle adjacent to the olive oil section,

which was hazardous and dangerous and known by the Defendants to be present before the

Plaintiff encountered it.  There was no warning sign in the area where she was walking and fell.

This hazardous condition caused her feet to slide out from under her and lose her balance,

resulting in her falling to the floor and injuring herself.

8.      The Plaintiff Jennifer Anderson further alleges the oily/slippery substance on the floor from an earlier spill of an oily/slippery substance, which store personnel had attempted to clean and remove, but failed to properly and completely remove, thus creating a dangerous condition for invitees of the store.

9.      The Plaintiff Jennifer Anderson further alleges soon after her fall, while still trying to recover, another patron also encountered the oily/slippery floor and slipped himself.

10.     The Plaintiff Jennifer Anderson further alleges that at no time were any warning signs or caution barriers placed in the area where the she fell, so as to alert customers of the hazardous condition and prevent falls like that experienced by the Plaintiff.

11.     The Plaintiff Jennifer Anderson further alleges that no store personnel attempted to stop or warn her before she encountered the hazardous condition.

## COUNT ONE

### (Negligence/Wantonness)

12.     The Plaintiff Jennifer Anderson adopts and incorporates by reference each and every allegation set forth in the Statement of the Parties and Statements of the Facts as if fully set out herein.

13.     The Defendants **The Fresh Market, Inc. and Fictitious Defendants A through I**, is the owner and operator of the retail grocery located 549 Brookwood Village, Homewood, Jefferson County, Alabama, 35209, made the basis of this suit.

14.     The Defendants **The Fresh Market, Inc. and Fictitious Defendants A through I**, had a duty to provide a safe premises for its customers and also had a duty to properly clean and remove the foreign, oily and slippery substance that caused the plaintiff to slip and fall.

4

15.    The Defendants **The Fresh Market, Inc. and Fictitious Defendants A through I**, breached its duty to provide reasonably safe premises to invitee Jennifer Anderson and other patrons, by negligently and/or wantonly failing to provide a premises free from slippery substances and failing to clean up and remove said slippery substance where the Plaintiff slipped and fell, proximately injuring her.

16.    The Defendants **The Fresh Market, Inc. and Fictitious Defendants A through I** also breached its duty to warn or inform the Plaintiff and other patrons of the slippery and hazardous surface on the floor by not adequately placing warning signs, barriers and/or verbally informing their customers of the existence of the hazard.

17.    The Plaintiff Jennifer Anderson further alleges as a direct and proximate cause of said negligence and/or wantonness on behalf of the Defendants **The Fresh Market, Inc. and Fictitious Defendants A through I** she was caused to suffer the following injuries:

- She suffered injuries to her left leg, foot and ankle requiring three surgeries to repair. The last of which was required to excise and debride tissue that became infected after her second surgery.

- She suffered injury to her lower back;

- She was caused to suffer pain and discomfort;

- She was caused to incur medical expenses; prescription expenses, durable medical equipment expenses and out of pocket expenses;

- She was caused to undergo extensive and protracted physical therapy;

- She was caused to have permanent scarring on her lower leg;

- She was caused to suffer a permanent physical impairment of the use of her lower extremity and to her body as a whole;

DOCUMENT 2

WHEREFORE, the Plaintiff Jennifer Anderson demands compensatory and punitive damages against the Defendant **The Fresh Market, Inc. and Fictitious Defendants A through I**, whose true and correct names are unknown at this time, in an amount to be determined by this Honorable Court, plus interest and costs.

ROGER K. FUSTON (FUS002)
Attorney for Plaintiff

**OF COUNSEL:**
Roger K. Fuston, LLC
600 Luckie Drive, Suite 300
Birmingham, AL 35223
Phone: 205-977-9798
Facsimile: 205-977-9799
Email: rfuston@fpflaw.com

**SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

The Fresh Market, Inc.
c/o Corporate Creations Network, Inc.
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

6



AlaFile E-Notice

01-CV-2020-903036.00

To:  ROGER KING FUSTON
     rfuston@fpflaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JENNIFER ANDERSON V. THE FRESH MARKET, INC.
01-CV-2020-903036.00

The following complaint was FILED on 8/27/2020 12:44:27 PM

Notice Date:     8/27/2020 12:44:27 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2020-903036.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### JENNIFER ANDERSON V. THE FRESH MARKET, INC.

**NOTICE TO:** THE FRESH MARKET, INC., C/O CORPORATE CREATIONS 4000 EAGLE POINT CORP DR., BIRMINGHAM, AL 35242

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
ROGER KING FUSTON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 600 Luckie Drive, Suite 300, BIRMINGHAM, AL 35223

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JENNIFER ANDERSON
pursuant to the Alabama Rules of the Civil Procedure.           *[Name(s)]*

| 08/27/2020 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.           /s/ ROGER KING FUSTON

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*



AlaFile E-Notice

01-CV-2020-903036.00

To:  THE FRESH MARKET, INC.
     C/O CORPORATE CREATIONS
     4000 EAGLE POINT CORP DR.
     BIRMINGHAM, AL, 35242

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JENNIFER ANDERSON V. THE FRESH MARKET, INC.
01-CV-2020-903036.00

The following complaint was FILED on 8/27/2020 12:44:27 PM

Notice Date:     8/27/2020 12:44:27 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE FRESH MARKET, INC.

C/O CORPORATE CREATIONS

4000 EAGLE POINT CORP DR.

BIRMINGHAM, AL 35242

9590 9402 5899 0049 6287 38

2. Article Number (Transfer from service label)

7020 0640 0001 1594 9725

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Mbat_    ☒ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Maleah Barto_    8/31/20

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☒ No

S/C



CV-20-903036

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

DOCUMENT 6

USPS TRACKING #

FILED
CIRCUIT

SEP 10 2020

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5899 0049 6287 35    JACQUELINE ANDERSON SMITH

CLERK

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203



AlaFile E-Notice

01-CV-2020-903036.00

Judge: CAROLE C. SMITHERMAN

To:  FUSTON ROGER KING
     rfuston@fpflaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JENNIFER ANDERSON V. THE FRESH MARKET, INC.
01-CV-2020-903036.00

The following matter was served on 8/31/2020

**D001 THE FRESH MARKET, INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Jennifer Anderson,** | |
| **Plaintiff(s),** | |
| **v.** | **Civil Action No.** |
| | **????** |
| **The Fresh Market, Inc.; et al.,** | |
| **Defendant(s).** | |

## NOTICE OF REMOVAL

Exhibit 2 – Alabama Secretary of State Business Entity Record

 # Alabama Secretary of State 

| The Fresh Market, Inc. | |
|---|---|
| Entity ID Number | 923 - 369 |
| Entity Type | Foreign Corporation |
| Principal Address | 802 GREEN VALLEY RD #306<br>GREENSBORO, NC 27408 |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Delaware |
| Formation Date | 7-9-1981 |
| Qualify Date | 11-6-2002 |
| Registered Agent Name | CORPORATE CREATIONS NETWORK INC |
| Registered Office Street Address | 4000 EAGLE POINT CORPORATE DRIVE<br>BIRMINGHAM, AL 35242 |
| Registered Office Mailing Address | 4000 EAGLE POINT CORPORATE DRIVE<br>BIRMINGHAM, AL 35242 |
| Nature of Business | |
| Capital Authorized | |
| Capital Paid In | |

**Annual Reports**

Annual Report information is filed and maintained by the Alabama Department of Revenue. If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov. The Secretary of State's Office cannot answer questions about or make changes to these reports.

| Report Year | 2001 2002 2003 2004 2005 2006 2007 2008 2009<br>2010 2011 2012 2013 2014 2016 2017 2018 2019 |
|---|---|

**Transactions**

| Transaction Date | 3-8-2010 |
|---|---|
| Registered Agent Changed From | THE CORPORATION COMPANY<br>2000 INTERSTATE PK DR STE 204<br>MONTGOMERY, AL 36109 |
| Transaction Date | 11-9-2010 |
| Miscellaneous Filing Entry | AMENDMENT FILED-JURISDICTION CHANGE FROM NORTH CAROLINA TO DELAWARE |
| Transaction Date | 11-12-2015 |
| Registered Agent Changed From | |

| The Fresh Market, Inc. | |
|---|---|
| | C T CORPORATION SYSTEM<br>2 NORTH JACKSON ST., SUITE 605<br>MONTGOMERY, AL 36104 |
| Transaction Date | 11-12-2015 |
| Agent Mailing Address Changed From | Not Provided |
| Transaction Date | 5-4-2020 |
| Registered Agent Changed From | CORPORATE CREATIONS NETWORK INC<br>6 OFFICE PARK CIRCLE #100<br>MOUNTAIN BROOK, AL 35223 |
| Transaction Date | 5-4-2020 |
| Miscellaneous Filing Entry | Agent Change Effective 04-06-2020 17:00 |
| Transaction Date | 5-4-2020 |
| Agent Mailing Address Changed From | CORPORATE CREATIONS NETWORK INC<br>6 OFFICE PARK CIRCLE #100<br>MOUNTAIN BROOK, AL 35223 |
| Scanned Documents | |
| Purchase Document Copies | |
| Document Date / Type / Pages | 11-6-2002    Certificate of Formation    2 pgs. |
| Document Date / Type / Pages | 3-8-2010    Registered Agent Change    1 pg. |
| Document Date / Type / Pages | 11-9-2010    Miscellaneous Entry    15 pgs. |
| Document Date / Type / Pages | 11-12-2015    Registered Agent Change    2 pgs. |
| | |

Browse Results     New Search

Jennifer Anderson v. The Fresh Market, Inc.
*Notice of Removal*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Jennifer Anderson,** | |
| **Plaintiff(s),** | |
| **v.** | **Civil Action No.** |
| | **????** |
| **The Fresh Market, Inc.; et al.,** | |
| **Defendant(s).** | |

## NOTICE OF REMOVAL

Exhibit 3 – Itemized Medical Bills

08/13/2020 02:31 FAX   2058797248          WADE ANDERSON                          ☒004

Grandview Medical Center          BENEFITS ASSIGNED
800 Montclair Road
Birmingham        AL    35215

## Itemized Bill

| Patient Name | Account Number | Admission | Discharge |
|---|---|---|---|
| JENNIFER ANDERSON | ████████ | 6/5/2019 | 6/5/2019 |

Responsible Party

JENNIFER ANDERSON

3637 ████████ DR

BIRMINGHAM        AL    35223

Page 1 of 2

| Service Date | Charge Code | Revenue Code | Qty | Charge Description | Quantity | Charge Amount |
|---|---|---|---|---|---|---|
| 6/5/2019 | 1216945 | 0250 | | ACETAMINOPH 500MG TB | 2.00 | $2.00 |
| 6/5/2019 | 1217652 | 0250 | | FAMOTIDINE 20MG TAB | 1.00 | $1.00 |
| 6/5/2019 | 1410003 | 0272 | | OTH STER SUPP LVL 3 | 1.00 | $428.00 |
| 6/5/2019 | 1410003 | 0272 | | OTH STER SUPP LVL 3 | 1.00 | $428.00 |
| 6/5/2019 | 1414005 | 0278 | | ANCHOR/SCRW LEVEL 5 | 1.00 | $1,265.00 |
| 6/5/2019 | 1414008 | 0278 | | ANCHOR/SCRW LEVEL 8 | 1.00 | $3,144.00 |
| 6/5/2019 | 1414012 | 0278 | | ANCHOR/SCRW LEVEL 12 | 1.00 | $9,492.00 |
| 6/5/2019 | 1110804 | 0360 | | OR LEV 4 INI 15 MIN | 1.00 | $15,957.00 |
| 6/5/2019 | 1110814 | 0360 | | OR LEV 4 EA ADD MIN | 65.00 | $14,755.00 |
| 6/5/2019 | 1110822 | 0360 | | AD PROCEDURE OR LV 2 | 1.00 | $3,286.00 |
| 6/5/2019 | 1131113 | 0370 | | ANES LV 3 INI 15 MIN | 1.00 | $7,316.00 |
| 6/5/2019 | 1131129 | 0370 | | ANES LV 3 EA ADD MIN | 65.00 | $10,530.00 |
| 6/5/2019 | 1210194 | 0636 | | CEFAZOLIN 500MG INJ | 2.00 | $254.00 |
| 6/5/2019 | 1210194 | 0636 | | CEFAZOLIN 500MG INJ | 2.00 | $254.00 |
| 6/5/2019 | 1210801 | 0636 | | DEXAMETH NA 1MG INJ | 8.00 | $496.00 |
| 6/5/2019 | 1210801 | 0636 | | DEXAMETH NA 1MG INJ | 4.00 | $248.00 |
| 6/5/2019 | 1210801 | 0636 | | DEXAMETH NA 1MG INJ | 4.00 | $248.00 |
| 6/5/2019 | 1210801 | 0636 | | DEXAMETH NA 1MG INJ | 4.00 | $248.00 |
| 6/5/2019 | 1211037 | 0636 | | MIDAZOL HCL 1MG INJ | 2.00 | $254.00 |
| 6/5/2019 | 1212547 | 0636 | | ROPIVACAINE 1MG INJ | 100.00 | $250.00 |
| 6/5/2019 | 1212548 | 0636 | | ROPIVACAINE 1MG INJ | 150.00 | $375.00 |
| 6/5/2019 | 1214009 | 0636 | | PROPOFOL 10MG INJ | 20.00 | $220.00 |
| 6/5/2019 | 1218919 | 0636 | | LIDOCAINE 10MG IV | 10.00 | $260.00 |
| 6/5/2019 | 1218919 | 0636 | | LIDOCAINE 10MG IV | 10.00 | $260.00 |
| 6/5/2019 | 7212012 | 0636 | | KETOROLAC 15MG INJ | 2.00 | $154.00 |
| 6/5/2019 | 7212023 | 0636 | | ONDANSETRON 1MG INJ | 4.00 | $252.00 |
| 6/5/2019 | 7212023 | 0636 | | ONDANSETRON 1MG INJ | 4.00 | $252.00 |
| 6/5/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MG INJ | 1.00 | $254.00 |
| 6/5/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MG INJ | 1.00 | $254.00 |

Page 2 of 2

| Service Date | Charge Code | Revenue Code | CPT/HCPCS | Charge Description | Quantity | Charge Amount |
|---|---|---|---|---|---|---|
| 6/5/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 1.00 | $254.00 |
| 6/5/2019 | 1120002 | 0710 | | PACU LEV 2 INI 15 MN | 1.00 | $3,227.00 |
| 6/5/2019 | 1120012 | 0710 | | PACU LEV 2 EA ADD MN | 83.00 | $2,407.00 |
| 6/5/2019 | 1120012 | 0710 | | PACU LEV 2 EA ADD MN | 196.00 | $5,655.00 |
| 6/5/2019 | 7210791 | 0250 | | OXYCOD10-APAP325MGTB | 1.00 | $45.00 |
| 6/5/2019 | 1210267 | 0636 | | MEPERID HCL 100MGINJ | 1.00 | $254.00 |
| 6/5/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 0.00 | -$254.00 |
| 6/5/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 1.00 | $254.00 |

|   |   |
|---|---|
| Total Charges | $82,979.00 |
| Total Payments | -$4,053.24 |
| Total Adjustments | -$78,925.76 |
| **Total Amount Due** | **$0.00** |

08/13/2020 02:30 FAX  2058797248          WADE ANDERSON                    ☒002

Grandview Medical Center
800 Montclair Road
Birmingham        AL    35215

# Itemized Bill          BENEFITS ASSIGNED

| Patient Name | Account Number | Admission | Discharge |
|---|---|---|---|
| JENNIFER ANDERSON | ▓▓▓▓▓ | 12/26/2019 | 12/26/2019 |

Responsible Party

JENNIFER ANDERSON
3637 ▓▓▓▓▓▓▓▓ DR

BIRMINGHAM        AL    35223

Page 1 of 2

| DATE | CHARGE CODE | REVENUE CODE | HCPC CODE | CHARGE DESCRIPTION | QUANTITY | GROSS TOTAL |
|---|---|---|---|---|---|---|
| 12/26/2019 | 1211157 | 0250 | | SOD CHLOR .9% 10ML | 1.00 | $6.40 |
| 12/26/2019 | 1212915 | 0250 | | KETAMINE 50MG/5MLINJ | 1.00 | $56.00 |
| 12/26/2019 | 1216945 | 0250 | | ACETAMINOPH 500MG TB | 2.00 | $2.20 |
| 12/26/2019 | 1217080 | 0250 | | BUPI-MPF.25%/EPI 10M | 3.00 | $807.00 |
| 12/26/2019 | 1217080 | 0250 | | BUPI-MPF.25%/EPI 10M | 0.00 | -$807.00 |
| 12/26/2019 | 1217080 | 0250 | | BUPI-MPF.25%/EPI 10M | 1.00 | $269.00 |
| 12/26/2019 | 1216978 | 0250 | | FAMOTIDINE 10MG TAB | 2.00 | $1.10 |
| 12/26/2019 | 7210791 | 0250 | | OXYCOD10-APAP325MGTB | 1.00 | $48.00 |
| 12/26/2019 | 1410003 | 0272 | | OTH STER SUPP LVL 3 | 1.00 | $453.00 |
| 12/26/2019 | 1410003 | 0272 | | OTH STER SUPP LVL 3 | 0.00 | -$453.00 |
| 12/26/2019 | 1410003 | 0272 | | OTH STER SUPP LVL 3 | 1.00 | $453.00 |
| 12/26/2019 | 1315157 | 0300 | | VENIPUNCTURE ROUTINE | 1.00 | $28.00 |
| 12/26/2019 | 1314161 | 0301 | | VITAMIN D 25OH | 1.00 | $206.00 |
| 12/26/2019 | 1316342 | 0301 | | BASIC METABOLIC TOTA | 1.00 | $103.00 |
| 12/26/2019 | 1314754 | 0305 | | CBC W/PLT | 1.00 | $80.00 |
| 12/26/2019 | 1110804 | 0360 | | OR LEV 4 INI 15 MIN | 4.00 | $17,553.00 |
| 12/26/2019 | 1110814 | 0360 | | OR LEV 4 EA ADD MIN | 26.00 | $6,500.00 |
| 12/26/2019 | 1131113 | 0370 | | ANES LV 3 INI 15 MIN | 1.00 | $8,048.00 |
| 12/26/2019 | 1131123 | 0370 | | ANES LV 3 EA ADD MIN | 26.00 | $4,628.00 |
| 12/26/2019 | 1210801 | 0636 | | DEXAMETH NA 1MG INJ | 8.00 | $528.00 |
| 12/26/2019 | 1210801 | 0636 | | DEXAMETH NA 1MG INJ | 4.00 | $264.00 |
| 12/26/2019 | 1211037 | 0636 | | MIDAZOL HCL 1MG INJ | 2.00 | $268.00 |
| 12/26/2019 | 1211037 | 0636 | | MIDAZOL HCL 1MG INJ | 2.00 | $268.00 |
| 12/26/2019 | 1211037 | 0636 | | MIDAZOL HCL 1MG INJ | 0.00 | -$268.00 |
| 12/26/2019 | 1212548 | 0636 | | ROPIVACAINE 1MG INJ | 150.00 | $405.00 |
| 12/26/2019 | 1214009 | 0636 | | PROPOFOL 10MG INJ | 20.00 | $240.00 |
| 12/26/2019 | 1216919 | 0636 | | LIDOCAINE 10MG IV | 10.00 | $280.00 |
| 12/26/2019 | 7212023 | 0636 | | ONDANSETRON 1MG INJ | 4.00 | $268.00 |
| 12/26/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 1.00 | $269.00 |

Page 2 of 2

| SERVICE DATE | CHARGE CODE | REVENUE CODE | CPT CODE | CHARGE DESCRIPTION | QUANTITY | CHARGE AMOUNT |
|---|---|---|---|---|---|---|
| 12/26/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 1.00 | $269.00 |
| 12/26/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 0.00 | -$269.00 |
| 12/26/2019 | 1120003 | 0710 | | PACU LEV 3 INI 16 MN | 1.00 | $4,563.00 |
| 12/26/2019 | 1120013 | 0710 | | PACU LEV 3 EA ADD MN | 19.00 | $608.00 |
| 12/26/2019 | 1120013 | 0710 | | PACU LEV 3 EA ADD MN | 80.00 | $2,560.00 |
| 12/26/2019 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 0.00 | -$269.00 |

Total Charges      $47,965.70

Total Payments      -$3,806.53

Total Adjustments      -$44,159.17

**Total Amount Due**      **$0.00**

08/13/2020 02:28 FAX  2058797248          WADE ANDERSON                                    ☐004

Grandview Medical Center
800 Montclair Road
Birmingham        AL    35215

# Itemized Bill

## BENEFITS ASSIGNED

| Patient Name | Account Number | Admission | Discharge |
|---|---|---|---|
| JENNIFER ANDERSON | ▓▓▓▓▓▓ | 2/12/2020 | 2/12/2020 |

Responsible Party

JENNIFER ANDERSON

3637 ▓▓▓▓▓▓▓▓DR

BIRMINGHAM        AL    35223

Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| 2/12/2020 | 1216945 | 0250 | | ACETAMINOPH 500MG TB | 2.00 | $2.20 |
| 2/12/2020 | 1217032 | 0250 | | BACITRACIN 50000U IM | 1.00 | $269.00 |
| 2/12/2020 | 1217986 | 0250 | | METOCLOPRAMID 10MGTB | 1.00 | $48.00 |
| 2/12/2020 | 1217986 | 0250 | | METOCLOPRAMID 10MGTB | 0.00 | -$48.00 |
| 2/12/2020 | 1218978 | 0250 | | FAMOTIDINE 10MG TAB | 2.00 | $1.10 |
| 2/12/2020 | 1315167 | 0300 | | VENIPUNCTURE,ROUTINE | 1.00 | $28.00 |
| 2/12/2020 | 1314433 | 0301 | | POTASSIUM SER PL WB | 1.00 | $28.00 |
| 2/12/2020 | 1314753 | 0305 | | CBC W-PLT AUTO COMPD | 1.00 | $80.00 |
| 2/12/2020 | 1110802 | 0360 | | OR LEV 2 INI 15 MIN | 1.00 | $12,040.00 |
| 2/12/2020 | 1110812 | 0360 | | OR LEV 2 EA ADD MIN | 40.00 | $8,640.00 |
| 2/12/2020 | 1131113 | 0370 | | ANES LV 3 INI 15 MIN | 1.00 | $8,048.00 |
| 2/12/2020 | 1131123 | 0370 | | ANES LVS EA ADD MIN | 40.00 | $7,120.00 |
| 2/12/2020 | 1210194 | 0636 | | CEFAZOLIN 500MG INJ | 2.00 | $268.00 |
| 2/12/2020 | 1210601 | 0636 | | DEXAMETH NA 1MG INJ | 1.00 | $264.00 |
| 2/12/2020 | 1211037 | 0636 | | MIDAZOL HCL 1MG INJ | 2.00 | $268.00 |
| 2/12/2020 | 1211037 | 0636 | | MIDAZOL HCL 1MG INJ | 2.00 | $268.00 |
| 2/12/2020 | 1214009 | 0636 | | PROPOFOL 10MG INJ | 20.00 | $240.00 |
| 2/12/2020 | 1218919 | 0636 | | LIDOCAINE 10MG IV | 10.00 | $280.00 |
| 2/12/2020 | 7212023 | 0636 | | ONDANSETRON 1MG INJ | 4.00 | $268.00 |
| 2/12/2020 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 1.00 | $269.00 |
| 2/12/2020 | 7212039 | 0636 | | FENTANY CIT 0.1MGINJ | 1.00 | $269.00 |
| 2/12/2020 | 7212244 | 0636 | | PROMETHAZI UPTO 50MG | 1.00 | $269.00 |
| 2/12/2020 | 7212274 | 0636 | | HYDROMORPH UP TO 4MG | 1.00 | $269.00 |
| 2/12/2020 | 1120003 | 0710 | | PACU LEV 3 INI 15 MN | 1.00 | $4,563.00 |
| 2/12/2020 | 1120013 | 0710 | | PACU LEV 3 EA ADD MN | 20.00 | $640.00 |
| 2/12/2020 | 1120013 | 0710 | | PACU LEV 3 EA ADD MN | 115.00 | $3,680.00 |

| | |
|---|---|
| Total Charges | $48,071.30 |
| Total Payments | -$393.52 |
| Total Adjustments | -$47,677.78 |
| **Total Amount Due** | **$0.00** |