# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER ANDERSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-CV-1503-CLM |
| ) | |
| **THE FRESH MARKET, Inc.** ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

The court, having been advised that a settlement has been reached on November 2, 2020, **DISMISSES** this case **WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before January 4, 2021** that final settlement documentation could not be completed. If the court does not hear from parties by then, the case will be dismissed with prejudice. The parties may request additional time to file dismissal documents if necessary.

**DONE** and **ORDERED** this 3rd day of November, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE