IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Jennifer Anderson,<br><br>Plaintiff(s),<br><br>v.<br><br>The Fresh Market, Inc.,<br><br>Defendant(s). | Civil Action No.<br>20-cv-01503-CLM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff Jennifer Anderson and the Defendant The Fresh Market, Inc. and hereby stipulate to the dismissal with prejudice of all claims brought by Plaintiff Jennifer Anderson against the Defendant The Fresh Market, Inc., with each party to bear their own costs.

_____
Roger K. Fuston
Attorney for Jennifer Anderson

OF COUNSEL:
Fuston, Petway & French, L.L.P.
The Luckie Building
600 Luckie Drive
Suite 300
Birmingham, AL 35223

_____
Richard W. Lewis
Attorney for The Fresh Market, Inc.

OF COUNSEL:
Austill Lewis Pipkin & Maddox, P.C.
600 Century Park South
Suite 100
Birmingham, AL 35226