# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER ANDERSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE FRESH MARKET, Inc.** )<br>)<br>Defendant. ) | Case No. 2:20-CV-1503-CLM |

## DISMISSAL ORDER

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (doc. 10), filed on November 23, 2020, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

Costs taxed as paid.

**DONE** and **ORDERED** this 25th day of November, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE